IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

WYE OAK TECHNOLOGY, INC., )
)
Plaintiff, )
)
v. )               No. 1:09cv793 (AJT/JFA)
)
REPUBLIC OF IRAQ )
)
Defendant. )
)

## ORDER

Upon consideration of Defendant's Motion to Dismiss (Doc. No. 19), the memoranda and

exhibits in support thereof, including Defendant's Supplemental Filing in Support of Motion to

Dismiss and Rule 44.1 Notice (Doc. No. 29), the opposition thereto, and the argument of counsel

at the hearing held on June 22, 2010, and for the reasons set forth in the accompanying

Memorandum Opinion, it is hereby

ORDERED that Defendant's Motion to Dismiss (Doc. No. 19) be, and the same hereby

is, DENIED; and it is further

ORDERED that this case be, and the same hereby is, TRANSFERRED to the United

States District Court for the District of Columbia pursuant to 28 U.S.C. § 1391(f)(4).

The Clerk is directed to forward copies of this Order and accompanying Memorandum

Opinion to all counsel of record.

_____/s/_____
Anthony J. Trenga
United States District Judge

Alexandria, Virginia
June 29, 2010